Blackwell Publishing, Incorporated et al v. Miller                                                                Doc. 3
Case 2:07-cv-12731-AC-VMM    Document 3    Filed 06/28/2007    Page 1 of 1

MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JUN 2 8 2007

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

Blackwell Publishing, Inc., et al

    Plaintiff(s),

v.

Norman Miller d/b/a
Excel Test Preparation

    Defendant(s).

Case No.  07 - 12731

Judge  AVERN COHN

Magistrate Judge  MAGISTRATE JUDGE MORGAN

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,  **Sage Publications, Inc.**
(Name of Party)

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐       No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐       No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: June 20, 2007

Signature: _[signed]_

P13429
Bar No.

24 Frank Lloyd Wright Drive
Street Address

Ann Arbor, MI 48105
City, State, Zip Code

734-665-4441
Telephone Number

kfink@psedlaw.com
Primary Email Address

Dockets.Justia.com