Blackwell Publishing, Incorporated et al v. Miller										Doc. 4

MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D
JUN 28 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

Blackwell Publishing, Inc., et al

    Plaintiff(s),

v.

Norman Miller d/b/a
Excel Test Preparation

    Defendant(s).

Case No. **07-12731**

Judge **AVERN COHN**

Magistrate Judge **MAGISTRATE JUDGE MORGAN**

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Oxford University Press, Inc.__
[Name of Party]

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: June 28, 2007

Signature: /s/ [signed]

Bar No.: P13429

Street Address: 24 Frank Lloyd Wright Drive

City, State, Zip Code: Ann Arbor, MI 48105

Telephone Number: 734-665-4441

Primary Email Address: kfink@psedlaw.com

Dockets.Justia.com