Blackwell Publishing, Incorporated et al v. Miller                                                                                                  Doc. 5

MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

FILED
JUN 28 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Blackwell Publishing, Inc., et al

    Plaintiff(s),

v.

Norman Miller d/b/a
Excel Test Preparation

    Defendant(s).

Case No. **07-12731**

Judge **AVERN COHN**

Magistrate Judge **MAGISTRATE JUDGE MORGAN**

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Elsevier, Inc.** [Name of Party]

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☒    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: **Reed Elsevier PLC and Reed Elsevier NV**
   Relationship with Named Party: **Elsevier, Inc. is part of Reed Elsevier Group PLC, owned by the named parties.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: **June 28, 2007**

Signature: _[signed]_

P13429
Bar No.

24 Frank Lloyd Wright Drive
Street Address

Ann Arbor, MI 48105
City, State, Zip Code

734-665-4441
Telephone Number

kfink@psedlaw.com
Primary Email Address

Dockets.Justia.com