Blackwell Publishing, Incorporated et al v. Miller                                                                                    Doc. 6

MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D
JUN 28 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

Blackwell Publishing, Inc., et al

Plaintiff(s),

Case No. 07-12731

v.

Judge AVERN COHN

Norman Miller d/b/a
Excel Test Preparation

Magistrate Judge MAGISTRATE JUDGE MORGAN

Defendant(s).

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Blackwell Publishing, Inc.**
[Name of Party]

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☒        No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: **John Wiley & Sons, Inc.**
   Relationship with Named Party: **Blackwell Publishing is its subsidiary.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐        No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: June 28, 2007

Signature

P13429
Bar No.
24 Frank Lloyd Wright Drive
Street Address
Ann Arbor, MI 48105
City, State, Zip Code
734-665-4441
Telephone Number
kfink@psedlaw.com
Primary Email Address

Dockets.Justia.com