# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

**AVERN COHN**

**07-12731**

Case Number and Judge Assignment (to be supplied by the Court)

Plaintiff(s) Name

Blackwell Publishing, Inc., Elsevier, Inc., Oxford University Press, Inc., Sage Publication, Inc., and John Wiley & Sons, Inc.

vs.

Defendant(s) Name

Norman Miller d/b/a/ Excel Test Preparation

Plaintiffs attorney, address and telephone:

Karl V. Fink (P13429)
Pear Sperling Eggan & Daniels, P.C.
24 Frank Lloyd Wright Drive
Ann Arbor, Michigan 48105
734-665-4441

Name and address of defendant being served:

Norman Miller d/b/a Excel Test Preparation
1117 S. University
Ann Arbor, Michigan 48104

*To the defendant*

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
       Deputy Clerk

6-28-07
Date of issuance

INT-0131-MIE-REV. 12/93 06/99

PAGE 1 OF 2

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _Norman Miller_

Date of service: _June 28, 2007_

**Method of Service**

☒ Personally served at this address: _1117 S. University_
_Ann Arbor, MI 48104_

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☐ Other (please specify): _____

Service fees:  Travel $ _____  Service $ _____  Total $ _—_

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

_June 29, 2007_     _Karl V. Fink_
Date                 Signature of server

_Karl V. Fink, PSED P.C._
Server's printed name

_24 Frank Lloyd Wright Dr._
Server's address
_Ann Arbor, MI 48105_