# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BLACKWELL PUBLISHING, IN., ELSEVIER, INC., OXFORD UNIVERSITY PRESS, INC., SAGE PUBLICATION, INC., and JOHN WILEY & SONS, INC., | : Case No. 07-12731 <br> : <br> : Honorable Avern Cohn <br> : <br> : |
| Plaintiffs, | : **APPEARANCE** |
| v. | : <br> : |
| NORMAN MILLER d/b/a EXCEL TEST PREPARATION, | : |
| Defendant. | |

| | |
|---|---|
| Karl V. Fink (P13429) <br> PEAR SPERLING EGGAN & DANIELS, P.C. <br> 24 Frank Lloyd Wright Drive <br> Ann Arbor, Michigan  48105 <br> Telephone:  (734) 665-4441 <br> Attorneys for Plaintiffs | Susan M. Kornfield (P41071) <br> Alan N. Harris (P56324) <br> BODMAN LLP <br> 201 South Division, Suite 400 <br> Ann Arbor, Michigan 48104 <br> Telephone: (734) 761-3780 <br> Facsimile:  (743) 930-2494 <br> Attorneys for Defendant |

## APPEARANCE

To:  Clerk of the Court
     U.S. District Court
     Eastern District of Michigan

Please enter the appearance of Susan M. Kornfield of Bodman LLP as counsel for Defendant Norman Miller d/b/a Excel Test Preparation.

                                    Respectfully submitted,

                                    s/Susan M. Kornfield
                                    Susan M. Kornfield (P41071)
                                    BODMAN LLP
                                    201 South Division Street, Suite 400
                                    Ann Arbor, Michigan 48104
                                    Telephone: 734-761-3780
                                    Facsimile:  734-930-2494
July 17, 2007                       Primary Email: skornfield@bodmanllp.com

AnnArbor_122683_1

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Karl V. Fink, Pear Sperling Eggan & Daniels, P.C., 24 Frank Lloyd Write Drive, Ann Arbor, Michigan 48105.

      s/Susan M. Kornfield
Susan M. Kornfield (P41071)
BODMAN LLP
201 South Division Street, Suite 400
Ann Arbor, Michigan 48104
Telephone: 734-761-3780
Facsimile: 734-930-2494
Primary Email: skornfield@bodmanllp.com