UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BLACKWELL PUBLISHING, IN., ELSEVIER, INC., OXFORD UNIVERSITY PRESS, INC., SAGE PUBLICATION, INC., and JOHN WILEY & SONS, INC., | Case No. 07-12731<br><br>Honorable Avern Cohn |
| Plaintiffs,<br>v. | APPEARANCE |
| NORMAN MILLER d/b/a EXCEL TEST PREPARATION, | |
| Defendant. | |

| | |
|---|---|
| Karl V. Fink (P13429)<br>PEAR SPERLING EGGAN & DANIELS, P.C.<br>24 Frank Lloyd Wright Drive<br>Ann Arbor, Michigan 48105<br>Telephone: (734) 665-4441<br>Attorneys for Plaintiffs | Susan M. Kornfield (P41071)<br>Alan N. Harris (P56324)<br>BODMAN LLP<br>201 South Division, Suite 400<br>Ann Arbor, Michigan 48104<br>Telephone: (734) 761-3780<br>Facsimile: (743) 930-2494<br>Attorneys for Defendant |

## APPEARANCE

To:   Clerk of the Court
      U.S. District Court
      Eastern District of Michigan

Please enter the appearance of Allen N. Harris of Bodman LLP as counsel for Defendant Norman Miller d/b/a Excel Test Preparation.

Respectfully submitted,

s/Alan N. Harris
Alan N. Harris (P56324)
BODMAN LLP
201 South Division Street, Suite 400
Ann Arbor, Michigan 48104
Telephone: 734-761-3780
Facsimile: 734-930-2494
Primary Email: aharris@bodmanllp.com

July 17, 2007

AnnArbor_122679_1

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Karl V. Fink, Pear Sperling Eggan & Daniels, P.C., 24 Frank Lloyd Write Drive, Ann Arbor, Michigan 48105.

                                                           s/Alan N. Harris
                                                           Alan N. Harris (P56324)
                                                           BODMAN LLP
                                                           201 South Division Street, Suite 400
                                                           Ann Arbor, Michigan 48104
                                                           Telephone: 734-761-3780
                                                           Facsimile: 734-930-2494
                                                           Primary Email: aharris@bodmanllp.com