Blackwell Publishing, Incorporated et al v. Miller Doc. 10 Att. 1

Bureau of Commercial Services - Corporation Division Database Lookup - Limited Liability Compan... Page 1 of 1

Labor & Economic
Growth
Michigan.gov

Michigan.gov Home | DLEG | Sitemap | Contact | Online Services | Agencies | Search

LIMITED LIABILITY COMPANY DETAILS

**Searched for:** EXCEL RESEARCH GROUP, L.L.C.

**ID Num:** B23293

Assumed Names

**Name:**EXCEL RESEARCH GROUP, L.L.C.
**Type:** Domestic Limited Liability Company
**Resident Agent:** NORMAN MILLER
**Registered Office Address:** 1117 SOUTH UNIVERSITY ANN ARBOR MI 48104
**Mailing/Office Address:**
**Formation/Qualification Date:**8-27-1998
**Jurisdiction of Origin:**MICHIGAN
**Managed by:** Members
**Status:** ACTIVE **Date:** Present

View Document Images

Return to Search New Search

Michigan.gov Home | DLEG | Contact | State Web Sites | Site Map
Privacy Policy | Link Policy | Accessibility Policy | Security Policy
Copyright © 2001-2007 State of Michigan

http://www.dleg.state.mi.us/bcs_corp/dt_llc.asp?id_nbr=B23293&name_entity=EXCEL%20RESEARC... 07/17/07

Dockets.Justia.com





DLEG - Corporation Division Limited Liability Company Assumed Name Details Page 1 of 1

Labor & Economic Growth

Michigan.gov

Michigan.gov Home DLEG | Sitemap | Contact | Online Services | Agencies Search

## LIMITED LIABILITY COMPANY DETAILS

| All Names: | Id Num | Creation Date: | Renewal Date | Expiration Date |
|---|---|---|---|---|
| EXCEL TEXT PREPARATION, COURSEPACKS, & COPIES | B23293 | 7-17-2007 | | 12-31-2012 |

Return to Record

Michigan.gov Home | DLEG | Contact | State Web Sites | Site Map
Privacy Policy | Link Policy | Accessibility Policy | Security Policy
Copyright © 2001-2007 State of Michigan

http://www.dleg.state.mi.us/bcs_corp/adt_llc.asp?id_nbr=B23293 07/17/07



BCS - Corporate Entity Documents Page 1 of 1

Labor & Economic Growth
Michigan.gov

Michigan.gov Home DLEG | Sitemap | Contact | Online Services | Agencies Search

CORPORATE ENTITY DOCUMENTS

**EXCEL RESEARCH GROUP, L.L.C.**

| | Number of Pages | Filing Date |
|---|---|---|
| CERTIFICATE OF RESTORATION (DOMESTIC) | 6 | 7/17/2007 |
| 2002 ANNUAL STATEMENT | 2 | 7/17/2007 |
| 2005 ANNUAL STATEMENT | 2 | 7/17/2007 |
| CERTIFICATE OF ASSUMED NAME | 2 | 7/17/2007 |
| 2007 ANNUAL STATEMENT | 2 | 7/17/2007 |
| 2006 ANNUAL STATEMENT | 2 | 7/17/2007 |
| 2004 ANNUAL STATEMENT | 1 | 5/21/2004 |
| 2003 ANNUAL STATEMENT | 1 | 11/4/2003 |
| 1999 ANNUAL STATEMENT | 1 | 5/16/2003 |
| 2000 ANNUAL STATEMENT | 1 | 5/16/2003 |

New Search | next Total Documents Found: **12**

Images for recently filed documents will be available within 48 hours. If you are unable to view and/or print images, please select the "Help Menu" on the image viewer for further instructions regarding security warnings and JAVA issues (may require updated Java software).

Michigan.gov Home | DLEG | Contact | State Web Sites | Site Map
Privacy Policy | Link Policy | Accessibility Policy | Security Policy
Copyright © 2001-2007 State of Michigan

http://www.dleg.state.mi.us/bcs_corp/results.asp?ID=B23293&page_name=llc 07/17/07

# *Michigan Department of Labor & Economic Growth*

## *Filing Endorsement*

*This is to Certify that the CERTIFICATE OF RESTORATION (DOMESTIC)*

*for*

*EXCEL RESEARCH GROUP, L.L.C.*

*ID NUMBER: B23293*

*received by facsimile transmission on July 17, 2007 is hereby endorsed Filed on July 17, 2007 by the Administrator.*

*The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 17TH day of July, 2007.*

*[signature], Director*

*Bureau of Commercial Services*

Sent by Facsimile Transmission 07198

BCS/CD-770 (06/06)

MICHIGAN DEPARTMENT OF LABOR AND ECONOMIC GROWTH
BUREAU OF COMMERCIAL SERVICES

| DATE RECEIVED | (FOR BUREAU USE ONLY) |
|---|---|
| | This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. |

| | |
|---|---|
| NAME: Carrie W. Leahy | |
| ADDRESS: 201 Division Street, Suite 400 | |
| CITY: Ann Arbor — STATE ZIP CODE: Michigan, 48104 | EFFECTIVE DATE: |

Document will be returned to the name and address you enter above. If left blank, document will be mailed to the registered office.

# CERTIFICATE OF RESTORATION OF GOOD STANDING

## For use by Domestic Limited Liability Companies

(Please read information and instructions on the last page)

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned limited liability company executes the following Certificate:

1. The name of the limited liability company is:
   Excel Research Group, L.L.C.

2. The identification number assigned by the Bureau is: B23293

3. Complete this item only if the name in item 1 is no longer available for use.
   The Articles of Organization are hereby amended as follows:

4. a. The name of the resident agent is: Norman Miller

   b. The address of the registered office is:
   1117 South University (Street Address), Ann Arbor (City), Michigan 48104 (ZIP Code)

   c. The mailing address of the registered office IF DIFFERENT THAN 4B is:
   (Street Address or P.O. Box) (City), Michigan (ZIP Code)

5. The limited liability company states that the certificate is accompanied by the annual statements and applicable fees for all of the years for which statements were not filed and fees were not paid.

6. The professional limited liability company states that the certificate is accompanied by the annual reports, annual statements and applicable fees for all of the years for which annual reports and annual statements were not filed and fees were not paid and applicable penalty fees.

Signed this 16th day of July 2007

By [signature] (Signature of Member, Manager, or Authorized Agent) — Norman L. Miller, Member (Type or Print Name and Capacity)

07/17/2007 10:24AM

# Michigan Department of Labor & Economic Growth

## Filing Endorsement

*This is to Certify that the CERTIFICATE OF ASSUMED NAME*

*for*

*EXCEL RESEARCH GROUP, L.L.C.*

*ID NUMBER: B23293*

*to transact business under the assumed name of*

*EXCEL TEXT PREPARATION, COURSEPACKS, & COPIES*

*received by facsimile transmission on July 17, 2007 is hereby endorsed*

*Filed on July 17, 2007 by the Administrator.*

*The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.*

*Expiration Date: December 31, 2012*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 17TH day of July, 2007.*

*, Director*

*Bureau of Commercial Services*

Sent by Facsimile Transmission 07198

BCS/CD-541 (Rev. 12/05)

MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH
BUREAU OF COMMERCIAL SERVICES

Date Received

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name
Susan M. Kornfield, Esq.

Address
201 S. Division St., Suite 400

City State Zip Code
Ann Arbor, MI 48104

EXPIRATION DATE:
DECEMBER 31,

**Document will be returned to the name and address you enter above. If left blank document will be mailed to the registered office.**

## CERTIFICATE OF ASSUMED NAME

### For use by Corporations, Limited Partnerships and Limited Liability Companies

(Please read information and instructions on reverse side)

*Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations), Act 162, Public Acts of 1982 (nonprofit corporations), Act 213, Public Acts of 1982 (limited partnerships), or Act 23, Public Acts of 1993 (limited liability companies), the corporation, limited partnership, or limited liability company in item one executes the following Certificate:*

1. The name of the corporation, limited partnership, or limited liability company is:
   Excel Research Group, L.L.C.

2. The identification number assigned by the Bureau is: B23293

3. The assumed name under which business is to be transacted is:
   EXCEL Text Preparation, Coursepacks, & Copies

4. This document is hereby signed as required by the Act.

COMPLETE ITEM 5 ON LAST PAGE IF THIS NAME IS ASSUMED BY MORE THAN ONE ENTITY.

Signed this 17 day of July, 2007

By [signature]
(Signature)

Susan M. Kornfield, Attorney
(Type or Print Name) (Type or Print Title or Capacity)

(Limited Partnerships Only - Indicate Name of General Partner if the General Partner is a corporation or other entity)

07/17/2007 12:44PM

BCS/CD-2700 (11/06) MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH
LIMITED LIABILITY COMPANY ANNUAL STATEMENT

# 2007

Due February 15, 2007

| Identification Number | Limited Liability Company Name |
|---|---|
| B23293 | EXCEL RESEARCH GROUP, L.L.C. |

| 1. Resident agent name and mailing address of the registered office | If different than 1, change resident agent and mailing address of registered office in MICHIGAN. |
|---|---|
| NORMAN MILLER<br>1117 SOUTH UNIVERSITY<br>ANN ARBOR MI 48104 | |

| 2. The address of the registered office | If different than 2, change address of registered office (number, street, city, state, zip) in MICHIGAN. |
|---|---|
| 1117 SOUTH UNIVERSITY<br>ANN ARBOR MI 48104 | |

| 3. Signature of authorized member, manager or agent. | Title | Date | Phone (Optional) |
|---|---|---|---|
| Norman S Miller | President | 7/16/07 | |

**Filing Fee: $25.00**
Annual Statement Due February 15, 2007.

**Annual Statement Must Be Signed**

**Domestic:** Signature of a manager if management is vested in managers, by at least 1 member if management remains in the members or by an authorized agent of the domestic limited liability company.

**Foreign:** Signature of a person with authority to do so under the laws of the foreign limited liability company's jurisdiction of organization.

Make your check or money order payable to the State of Michigan.

Return to: Department of Labor & Economic Growth
Bureau of Commercial Services
Corporation Division
P.O. Box 30768
Lansing MI 48909

Required by Section 207, Act 23, Public Acts of 1993

BCS/CD-2000 (1/06) MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH
LIMITED LIABILITY COMPANY ANNUAL STATEMENT

## 2006

Due February 15, 2006

| Identification Number | Limited Liability Company Name |
|---|---|
| B23293 | EXCEL RESEARCH GROUP, L.L.C. |

| 1. Resident agent name and mailing address of the registered office | If different than 1, change resident agent and mailing address of registered office in MICHIGAN. |
|---|---|
| NORMAN MILLER<br>1117 SOUTH UNIVERSITY<br>ANN ARBOR MI 48104 | |

| 2 The address of the registered office | If different than 2, change address of registered office (number, street, city, state, zip) in MICHIGAN. |
|---|---|
| 1117 SOUTH UNIVERSITY<br>ANN ARBOR MI 48104 | |

| 3. Signature of authorized member, manager or agent. | Title | Date | Phone (Optional) |
|---|---|---|---|
| [signature] | President | 7/16/07 | |

Filing Fee: $25.00
Annual Statement Due February 15, 2006.

**Annual Statement Must Be Signed**

**Domestic:** Signature of a manager if management is vested in managers, by at least 1 member if management remains in the members or by an authorized agent of the domestic limited liability company.

**Foreign:** Signature of a person with authority to do so under the laws of the foreign limited liability company's jurisdiction of organization.

Make your check or money order payable to the State of Michigan.

Return to: Department of Labor & Economic Growth
Bureau of Commercial Services
Corporation Division
P.O. Box 30768
Lansing MI 48909

Required by Section 207, Act 23, Public Acts of 1993

BCS/CD-2700 (11/03) MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH
LIMITED LIABILITY COMPANY ANNUAL STATEMENT

**2005**

Due February 15, 2005

| Identification Number | Limited Liability Company Name |
|---|---|
| B23293 | EXCEL RESEARCH GROUP, L.L.C. |

| 1. Resident agent name and mailing address of the registered office | If different than 1, change resident agent and mailing address of registered office in MICHIGAN. |
|---|---|
| NORMAN MILLER<br>1117 SOUTH UNIVERSITY<br>ANN ARBOR MI 48104 | |

| 2. The address of the registered office | If different than 2, change address of registered office (number, street, city, state, zip) in MICHIGAN. |
|---|---|
| 1117 SOUTH UNIVERSITY<br>ANN ARBOR MI 48104 | |

| 3. Signature of authorized member, manager or agent. | Title | Date | Phone (Optional) |
|---|---|---|---|
| Norman J. Miller | President | 7/16/07 | |

Filing Fee: $25.00
Annual Statement Due February 15, 2005.

**Annual Statement Must Be Signed**

**Domestic:** Signature of a manager if management is vested in managers, by at least 1 member if management remains in the members or by an authorized agent of the domestic limited liability company.

**Foreign:** Signature of a person with authority to do so under the laws of the foreign limited liability company's jurisdiction of organization.

Make your check or money order payable to the State of Michigan.

Return to: Department of Labor & Economic Growth
Bureau of Commercial Services
Corporation Division
P.O. Box 30768
Lansing MI 48909

Required by Section 207, Act 23, Public Acts of 1993

BCS/CD-2700 (11/00) MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH
LIMITED LIABILITY COMPANY ANNUAL STATEMENT

**2002**

Due February 15, 2002

| Identification Number | Limited Liability Company Name |
|---|---|
| B23293 | EXCEL RESEARCH GROUP, L.L.C. |

| 1. Resident agent name and mailing address of the registered office | If different than 1, change resident agent and mailing address of registered office in MICHIGAN. |
|---|---|
| NORMAN MILLER<br>1117 SOUTH UNIVERSITY<br>ANN ARBOR MI 48104 | |

| 2. The address of the registered office | If different than 2, change address of registered office (number, street, city, state, zip) in MICHIGAN. |
|---|---|
| 1117 SOUTH UNIVERSITY<br>ANN ARBOR MI 48104 | |

| 3. Signature of authorized member, manager or agent. | Title | Date | Phone (Optional) |
|---|---|---|---|
| Norman S Miller | PRESIDENT | 7/16/07 | |

Filing Fee: $25.00
Annual Statement Due February 15, 2002.

**Annual Statement Must Be Signed**

**Domestic:** Signature of a manager if management is vested in managers, by at least 1 member if management remains in the members or by an authorized agent of the domestic limited liability company.

**Foreign:** Signature of a person with authority to do so under the laws of the foreign limited liability company's jurisdiction of organization.

Make your check or money order payable to the State of Michigan.

Return to: Department of Labor & Economic Growth
Bureau of Commercial Services
Corporation Division
P.O. Box 30768
Lansing MI 48909

Required by Section 207, Act 23, Public Acts of 1993

07/17/2007 10:24AM