**Schedule A**
**List of Infringed Items**

| Count No. | Course | Prof | Book/Journal Name | Chapter/Article Name | Book/Article Author | Pub Yr | Page Range | Copyright Reg. No. |
|---|---|---|---|---|---|---|---|---|
| **Blackwell Items:** | | | | | | | | |
| 1 | SPP 692/UP 598 Fall 2004 | David Thatcher | Criminology and Public Policy | Effectiveness of Drug Treatment Courts: Evidence from a Randomized Trial | Denise Gottfredson, Stacy Najaka, and Brook Kearley | 2003 Vol. 2 No. 2 | 171-196 | TX 5-711-508 |
| 2 | Education 604-001 Fall 2006 | Stuart C. Rankin | Teachers College Record | The Politics of Official Knowledge: Does a National Curriculum Make Sense? | Apple, Michael W. | Winter 1993 95(2) | 222-241 | TX 3-757-533 |
| **Elsevier Items:** | | | | | | | | |
| 3 | SPP 692/UP 598 Fall 2004 | David Thatcher | Journal of Criminal Justice | Abandoned Buildings: Magnets for Crime? | Spelman, William | 1993 Vol. 21 | 481-495 | None, non U.S. Work |
| 4 | SI 551/751 Winter 2005 | Soo Young Rieh | Information Processing & Management | Information Behaviour: An interdisciplinary perspective | Wilson T.D. | 1997 33(4) | 551-572 | None, non U.S. Work |
| 5 | SI 551/751 Winter 2005 | Soo Young Rieh | Information Processing & Management | Material Mastery: Situating Digital Library Use in University Research Practices; Waiting for Chiropody: contextual results from an ethnographic study of the information behaviour among | Covi, L.M. ; Pettigrew, K.E. | 1999 Vol. 35 | 293-316; 801-817 | None, non U.S. Work |

| # | Course/Term | Instructor | Journal/Book | Article/Chapter | Author | Year | Vol/Pages | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | attendees at community clinics | | | | |
| 6 | SI 551/751 Winter 2005 | Soo Young Rieh | Interacting with Computers | Making use is more than a matter of task anaylsis | Carroll, J.M. | 2002 | 14 | 619-627 | None, non U.S. Work |
| 7 | Soc. 102 Fall 2006 | Sarah Burgard | Social Science and Medicine | Whose Fault is it? People's own conceptions of the reasons for Health Inequalities | Blaxter | | 44(6) | 747-756 | None, non U.S. Work |

**OUP Items:**

| # | Course/Term | Instructor | Book | Chapter | Author | Year | Pages | ID |
|---|---|---|---|---|---|---|---|---|
| 8 | ED 392 Winter 2006 | Sarah Tucker | The American Dream and the Public Schools | Chapter 2 | Hochschild and Scovronick | 2003 | ? | TX-5-744-856 |
| 9 | ED 868 Winter 2005 | Jana Nidiffer | Beyond the Double Bind: Women and Leadership | Double Bind Number Three: Sameness/Difference | Jamieson | 1995 | | TX-4-392-270 |
| 10 | SPP 692/UP 598 Fall 2005 and Fall 2004 | David Thatcher | Crime is not the problem: lethal violence in America | What Americans Fear | Franklin Zimring and Gordon Hawkins | 1997 | 3 to 20 | TX-4-610-691 |
| 11 | SPP 692/UP 598 Fall 2005 and Fall 2004 | David Thatcher | Harm to Others: the moral limits fo the Criminal Law | Assessing and Comparing Harms | Joel Feinberg | 1985 | 187-193;214-15 | TX-1-390-350 |
| 12 | SPP 692/UP 598 Fall 2005 and Fall 2004 | David Thatcher | Offense to others: the moral limits of the cimrinal law | Offensive nuisances | Joel Feinberg | 1985 | 1 to 13 | TX-1-642-537 |

| # | Course | Instructor | Title | Chapter/Section | Author | Year | Pages | Registration |
|---|---|---|---|---|---|---|---|---|
| 13 | SPP 692/UP 598 Fall 2005 and Fall 2004 | David Thatcher | Incapacitation | Elements of a Theory | Franklin Zimring and Gordon Hawkins | 1995 | 42-59 | TX-4-538-577 |
| 14 | SPP 692/UP 598 Fall 2005 and Fall 2004 | David Thatcher | Malign Neglect : Race Crime and Punishment in America | Social Adversity and the Criminal Law; Social Adversity and Punishment; Racial Disproportion in the Criminal Justice System; Race and the War on Drugs | Michael Tonry | 1995 | 125-161; 49-80; 81-123 | TX-4-618-124 |
| 15 | SPP 692/UP 598 Fall 2004 | David Thatcher | Between Prison and Probation | | Norval Morris and Michael Tonry | 1990 | 37-58, 82-108 | TX-2-858-278 |

| # | Course | Instructor | Title | Chapter/Article | Author | Year | Pages | Registration |
|---|---|---|---|---|---|---|---|---|
| 16 | SPP 692/UP 598 Fall 2005 | David Thatcher | Debating the Death Penalty | Why the Death Penalty is Morally Permissible and Why the United States will Join the Rest of the World in Abandoning Capital Punishment | Lois Pojman and Stephen Bright | 2004 | 52-73; 152-179 | TX-5-962-522 |
| 17 | SPP 692/UP 598 Fall 2005 | David Thatcher | The Contradictions of Capital Punishment | The Consequences of Contradictory values | Franklin Zimring | 2003 | 119-140 | TX-5-737-393 |
| 18 | SPP 692/UP 598 Fall 2005 and Fall 2004 | David Thatcher | American Youth Violence | | Franklin Zimring | 1998 | 17-30;107-125 | TX-4-912-467 |
| 19 | SPP 692/UP 598 Fall 2005 and Fall 2004 | David Thatcher | Readings in Juvenile Justice Administration | | Barry Feld | 1999 | 161-67; 184-210 | TX-4-941-972 |
| 20 | SW 633, Section 003 and Section 001 Winter 2004 | Barbara MacKenzie; S.K. Danziger | The Politics of Child Abuse in America | | Costin, Lela, Karger, Howard and Stoesz, David | 1996 | 3-11, 171-177 | TX-4-253-807 |

| # | Course | Instructor | Book Title | Chapter/Article | Author | Year | Pages | Registration |
|---|---|---|---|---|---|---|---|---|
| 21 | SW 633, Section 003 and Section 001 Winter 2004 | Barbara MacKenzie; S.K. Danziger | The Tender Years: Toward developmentally sensitive child welfare services for very young children | | Berrick, Jill Duerr, Barbara Needell, Richard Barth and Melissa Jonson-Reid | 1998 | 1-27 | TX-4-722-252 |
| 22 | SW 633, Section 003 and Section 001 Winter 2004 | Barbara MacKenzie; S.K. Danziger | Safe Passage: Making it trough adolescence | | Dryfoos, Joy G. | 1998 | 3-69 | TX-4-767-296 |
| 23 | SW 652 Fall 2006 | Charles H. Kieffer | Social Workers' Desk Reference | Legislative Advocacy to Empower Oppressed and Vulnerable Groups | Reisch, M. (Eds. Roberts and Greene) | 2001 | 545-550 | TX-5-504-938 |
| 24 | SW 820 Fall 2005 | Micahel Reisch | The color of welfare: how racism undermined the war on poverty | Explaining American exceptionalism; The politics of welfare reform | Jill Quadagno | 1994 | 187-197; 117-134 | TX-4-530-086 |
| 25 | SW 820 Fall 2005 | Micahel Reisch | From difference shores: perspectives on race and ethnicity in America | Puerto Ricans and the underclass debate | Marta Tienda | 1989, 2nd ed. January | 261-269 | TX-4-392-311 |

| # | Course | Instructor | Book/Course Title | Article/Chapter Title | Author | Year | Pages | ID |
|---|---|---|---|---|---|---|---|---|
| 26 | SW 820 Fall 2005 | Micahel Reisch | Social Security in the 21st Century | Bridging the centuries: the case for traditional Social Security | Robert M. Ball and Thomas N. Bethell | 1997 | 259-294 | TX-4-409-415 |
| 27 | SPP 692/UP 598 Fall 2004 | David Thatcher | When Prisoners Come Home | | Joan Petersilia | 2003 | 76-154 | TX-5-743-977 |
| 28 | Soc. 102 Fall 2006 | Sarah Burgard | Freedom Summer | | McAdam | 66-115 | 1988 | TX-2-416-588 |

**Sage Items:**

| # | Course | Instructor | Book/Course Title | Article/Chapter Title | Author | Year | Pages | ID |
|---|---|---|---|---|---|---|---|---|
| 29 | Education 771 Winter 2006 | Micahel N. Bastedo | Organizational Environments: Ritual and Rationality | The Structure of Educational Organizations | Meyer, John, Brian Rowan | 1978 | 71-96 | TX-1-323-645 |
| 30 | Education 771 Winter 2006 | Micahel N. Bastedo | Organizational Theory and Public Policy | State Expansion and Organizational Fields | DiMaggio, Paul J | 1983 | 147-61 | TX-1-223-942 |

| # | Course | Instructor | Book/Journal | Article/Chapter | Author | Year | Pages | Reg. |
|---|---|---|---|---|---|---|---|---|
| 31 | ED 392 Winter 2006 | Sarah Tucker | American Behavioral Scientist | Everyday Race-Making: Negotiating Racial Boundaries in school | Lewis, A. | 2003 47(3) | 283-305 | TX 5-884-010 |
| 32 | SW 502 Section 5 Fall 2005 | Scott Weissman | The Handbook of Community Practice | Theorizing in Community Practice | Reed, B. | ? | 84-102 | TX-6-116-867 |
| 33 | SW 502 Section 5 Fall 2005 | Scott Weissman | Human Services as Complex Organizations | Power in Social Work Practice and Theoretical Approaches to Human Service Organizations | Hasenfeld Y. | 1992 | 257-275; 24-44 | TX-3-741-350 |
| 34 | SW 652 Fall 2006 | Charles H. Kieffer | The Handbook of Community Practice | Evolution, Models, and the Changing Context of Community Practice; Participatory Methods in Community Practice; Coalitions as Social Change Agents; Rise Up and Build the Cities: Faith Based Community Organizing; Four Models of Policy Practice: Local State, and National Arenas; Political, Social and Legislative Action; The Practice of Community Organizing; Diverse Populations and Community Practice; Radical Community Organizing | Weil, M and Gamble D.N.; Castelloe, P. and Gamble, D.N.; Roberts-DeGennaro, M. and Mizrahi, T.; Cnaan, R.A., Boddie, S.C., and Yancey, G.I. ; Jansson, B.S., Dempsey, D., McCroskey, J. and Schneider, R.; Mondros, J.; Rubin, H.J. and Rubin, I.S.; Bankhead T. and Erlich, J.L.; Reisch, M. | 2005 | 117-149; 261-275; 305-318; 372-386; 319-338; 276-286; 189-203; 59-83; 287-304 | TX-6-116-867 |

| # | Course | Instructor | Book/Journal | Article/Chapter | Author(s) | Year | Pages | Registration |
|---|---|---|---|---|---|---|---|---|
| 35 | SW 652 Fall 2006 | Charles H. Kieffer | Social Work in the 21st Century | Multicultural Community Organizing; Prospects for Community Organization | Gutierrez, L.; Wenocur, S. and Soifer, S. | 1997 | 249-259; 198-208 | TX-4-524-673 |
| 36 | SW 652 Fall 2006 | Charles H. Kieffer | Empowerment Evaluation | Participatory and Empowerment Evaluation | Dugan, M.A. | | 277-303 | TX-4-111-569 |
| 37 | SPP 692/UP 598 Fall 2004 | David Thatcher | Annals of the American Academy of Political and Social Sciences | Lawful Policing | Welsey Skogan and Tracey Meares | 2004 vol. 593 | 66-83 | TX 5-987-270 |

**Wiley Items:**

| # | Course | Instructor | Book/Journal | Article/Chapter | Author(s) | Year | Pages | Registration |
|---|---|---|---|---|---|---|---|---|
| 38 | Education 771 Winter 2006 | Micahel N. Bastedo | Handbook of Research on Educational Administration | Insitutional Theory and the Study of Educational Organizations | Rowan, Brian and Cecil G. Miskel | 1999 | 359-383 | TX-5-022-908 |
| 39 | Education 771 Winter 2006 | Micahel N. Bastedo | Managing Ambiguity and Change | Organizational Cultures and the Denial, Channeling and Acknowledgment of Ambiguity | Martin, Joanne and Debra Meyerson | 1988 | 93-125 | None, non U.S. Work |
| 40 | Education 771 Winter 2006 | Micahel N. Bastedo | Assessing Academic Climates and Cultures | Understanding Academic Culture and Climate | Peterson, Marvin W. and Melinda Spencer | 1990 | | TX-3-034-155 |
| 41 | SW 652 Fall 2006 | Charles H. Kieffer | Methods in Community Based Participatory Research for Health | Policy Analysis and Advocacy: An Approach to Community Based Participatory Research | Freudenberg, N., Rogers, M.A., Ritas, C. and Nerney, S.M. | 2005 | 349-370 | TX-6-212-212 |