Blackwell Publishing, Incorporated et al v. Miller    Doc. 11

# United States District Court
# Eastern District of Michigan

*Summons in a Civil Action and Return of Service Form*

Civil Action No. 07-CV-12731

Hon. Avern Cohn

Case Number and Judge Assignment (to be supplied by the Court)

**Plaintiff(s) Name**

Blackwell Publishing, Inc., Elsevier Inc., Oxford University Press, Inc., Sage Publication, Inc. and John Wiley & Sons, Inc.

vs.

**Defendant(s) Name**

Excel Research Group, LLC d/b/a Excel Test Preparation, Course-packs & Copies

**Plaintiffs attorney, address and telephone:**

Karl V. Fink (P13429)
Pear Sperling Eggan & Daniels, PC
24 Frank Lloyd Wright Drive
Ann Arbor, Michigan  48105

734- 665-4441

**Name and address of defendant being served:**

c/o Susan Kornfield, Esquire
Counsel for Excel Research Group LLC
Bodman LLP
Suite 400
201 South Division Street
Ann Arbor, Michigan  48104

*To the defendant*

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____ Deputy Clerk

7/20/07
Date of issuance

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _Excel Research Group, LLC_

Date of service: _07/24/07_

## Method of Service

☐ Personally served at this address: _____

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☒ Other (please specify): _Served on Counsel for Defendant through agreement to accept service._

Service fees:   Travel $ _____   Service $ _____   Total $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

_07/25/07_
Date

Signature of server: _Cynthia M. York, Counsel for Ps_

Server's printed name: _Cynthia M. York (P39722)_

Server's address: _24 Frank Lloyd Wright Dr._
_Ann Arbor, MI 48105_

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature] McLaren_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>S MCCARREN  7/24/07 |
| 1. Article Addressed to:<br>Susan M. Kornfield, Esq.<br>Bodman LLP<br>201 South Division<br>Suite 400<br>Ann Arbor MI 48104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7002 3150 0000 8975 8047 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

24 JUL 2007 PM 4

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-1

• Sender: Please print your name, address, and ZIP+4 in this box •

PEAR SPERLING EGGAN & DANIELS, P.C.
ATTORNEYS AT LAW
DOMINO'S FARMS
24 FRANK LLOYD WRIGHT DRIVE
ANN ARBOR, MICHIGAN 48105

LAW OFFICES
## PEAR SPERLING EGGAN & DANIELS, P.C.
DOMINO'S FARMS
24 FRANK LLOYD WRIGHT DRIVE
ANN ARBOR, MICHIGAN 48105

EDWIN L. PEAR
LAWRENCE W. SPERLING[1]
ANDREW M. EGGAN
THOMAS E. DANIELS
PAUL R. FRANSWAY[2]
FRANCYNE STACEY
KARL V. FINK
DAVID E. KEMPNER
CLAUDIA RAST
JAMES C. PARTRIDGE[3]
KEVIN N. SUMMERS
BRUCE G. DAVIS
CYNTHIA M. YORK
JOSHUA R. FINK[1]
TAMMIE J. TISCHLER[4]

(734) 665-4441   TEL
(734) 665-8788   FAX
www.psedlaw.com

1349 S. HURON ST., SUITE 1
YPSILANTI, MICHIGAN 48197
(734) 483-3626

LAWRENCE W. SPERLING OFFICE
2164 BELLEVUE
YPSILANTI, MICHIGAN 48197
(734) 483-7177

[1] LICENSED IN FLORIDA
[2] LICENSED IN TEXAS
[3] LICENSED IN NEW YORK
[4] LICENSED IN MAINE

July 23, 2007

Susan M. Kornfield, Esquire
Bodman LLP
201 South Division, Suite 400
Ann Arbor, Michigan 48104

Re:   Summons and Amended Complaint in Civil Action No. 07-CV-12731
      Blackwell Publishing, Inc. et al. v. Excel Research Group, LLC d/b/a Excel Test
      Preparation, Coursepacks & Copies et al.

Dear Susan:

Per your July 18, 2007 e-mail agreement to accept service of the Amended Complaint on behalf of Excel Research Group, LLC, enclosed please find an original summons for this party, as well as a copy of the Amended Complaint and exhibits.

Thank you very much for the assistance extended in this regard.

Sincerely

PEAR SPERLING EGGAN & DANIELS, P.C.

Cynthia M. York

CMY/ms

cc: Karl V. Fink, Esquire

## Cynthia York

**From:** Kornfield, Susan [SKORNFIELD@BODMANLLP.COM]
**Sent:** Wednesday, July 18, 2007 4:56 PM
**To:** Cynthia York
**Cc:** Claudia Rast; Karl Fink
**Subject:** RE: Blackwell Publishing et al v Norman Miller

We will accept service.

---

**From:** Cynthia York [mailto:CYork@psedlaw.com]
**Sent:** Wednesday, July 18, 2007 3:33 PM
**To:** Kornfield, Susan
**Cc:** Claudia Rast; Karl Fink
**Subject:** RE: Blackwell Publishing et al v Norman Miller

Hello Susan –

We will be filing an amended complaint that adds the LLC. I'm assuming that you will accept service of the amended complaint on behalf of the added party, the LLC; if I am incorrect in that assumption, please advise and I will make other arrangements for service.

Cindy.

Cynthia M. York

Pear Sperling Eggan & Daniels, PC
24 Frank Lloyd Wright Drive
Ann Arbor, Michigan 48105

www.psedlaw.com <http://www.psedlaw.com>

734.665.4441 main
734.665.8788 fax
734.930.5443 direct
cyork@psedlaw.com

This e-mail message and any document accompanying it may contain confidential information intended only for the person(s) named. Any use, distribution, copying or disclosure by another person is strictly prohibited.

---

**From:** Kornfield, Susan [mailto:SKORNFIELD@BODMANLLP.COM]
**Sent:** Wednesday, July 18, 2007 9:37 AM
**To:** Cynthia York
**Cc:** Claudia Rast; Karl Fink
**Subject:** RE: Blackwell Publishing et al v Norman Miller

I think, however, it is better to answer a complaint that names the correct party, so as to avoid needless motion practice before Judge Cohn. Will you be filing an amended complaint?

Thanks.
Susan

7/23/2007