Blackwell Publishing, Incorporated et al v. Miller                                                          Doc. 13
Case 2:07-cv-12731-AC-VMM   Document 13   Filed 08/13/2007   Page 1 of 1
MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BLACKWELL PUBLISHING, INC., et al

                Plaintiff(s),              Case No. 07-CV-12731

v.                                           Judge Avern Cohn

EXCEL RESEARCH GROUP, LLC and NORMAN     Magistrate Judge Virginia M. Morgan
MILLER, Individually,

                Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

        Pursuant to E. D. Mich. LR 83.4, EXCEL RESEARCH GROUP, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: August 13, 2007                    s/Susan M. Kornfield

                                            P41071
                                            Bodman LLP
                                            Suite 400
                                            201 South Division Street
                                            Ann Arbor, Michigan 48104
                                            (734) 761-3780
                                            skornfield@bodmanllp.com

Dockets.Justia.com