UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Blackwell Publishing,
Incorporated, et al.,

                            Plaintiff(s),

v.                                              Case No. 2:07–cv–12731–AC–VMM
                                                Hon. Avern Cohn
Norman Miller, et al.,

                            Defendant(s).

_____


### NOTICE TO APPEAR

You are hereby notified to appear before the Honorable Avern Cohn, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  August 30, 2007 at 02:30 PM


### Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                              By: s/ J. Owens_____
                                    Case Manager


Dated:   August 13, 2007