UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC., et al,

        Plaintiff,        CIVIL NO. 07-12731

v.        HONORABLE AVERN COHN

NORMAN MILLER, et al,

        Defendants.
_____/

## STATUS CONFERENCE MEMORANDUM

On August 30, 2007 the Court held a status conference in this matter. During the conference, the following dates were established:

- The defendants will prepare a Stipulation of Facts which will be the predicate for a Motion for Summary Judgment. The motion for summary judgment shall be filed by **October 31, 2007**.

- A status conference is scheduled for **Friday, November 16, 2007 at 2:00 p.m.**

- All discovery proceedings in this matter are stayed.

SO ORDERED

Dated: August 31, 2007        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 31, 2007, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160