Blackwell Publishing, Incorporated et al v. Miller                                                                    Doc. 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Blackwell Publishing,
Incorporated, et al.,

       Plaintiff(s),

v.            Case No. 2:07−cv−12731−AC−VMM
            Hon. Avern Cohn
Norman Miller, et al.,

       Defendant(s).

### NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

Motion for Summary Judgment – #16

- MOTION HEARING: 2/15/08 at 02:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

         By: s/ J. Owens
            Case Manager

Dated: January 18, 2008

Dockets.Justia.com