**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
OXFORD UNIVERSITY PRESS, INC.,
SAGE PUBLICATIONS, INC., and
JOHN WILEY & SONS, INC.,                        Civil Action No. 07-CV-12731

                        Plaintiffs,        Hon. Avern Cohn

vs.
                                  Mag. Morgan

EXCEL RESEARCH GROUP, LLC d/b/a
EXCEL TEST PREPARATION,
COURSEPACKS, & COPIES and
NORMAN MILLER, individually,

                        Defendants.
_____/

**NOTICE OF APPEARANCE**

COMES NOW, Amy C. Mainelli Burke, and hereby enters her appearance as counsel in this

matter on behalf of Plaintiffs Blackwell Publishing, Inc., Elsevier, Inc., Oxford University

Press, Inc., Sage Publications, Inc. and John Wiley & Sons, Inc.

     Respectfully submitted this 22nd day of January, 2008

                                  s/ Amy C. Mainelli Burke
                                  Amy C. Mainelli Burke, Esq.
                                  Kotin, Crabtree & Strong, LLP
                                  One Bowdoin Square
                                  Boston, MA 02114
                                  Telephone:   (617) 227-7031
                                  Facsimile:    (617) 367-2988
                                  Email: aburke@kcslegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2008, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to the following:

- Karl V. Fink    kfink@psedlaw.com,rhobbs@psedlaw.com
- Susan M. Kornfield    skornfield@bodmanllp.com,mpoupard@bodmanllp.com
- Alan N. Harris    aharris@bodmanllp.com,lhignite@bodmanllp.com

s/Amy C. Mainelli Burke
Amy C. Mainelli Burke, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
Telephone:    (617) 227-7031
Facsimile:    (617) 367-2988
Email: aburke@kcslegal.com