# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., ELSEVIER, INC., OXFORD UNIVERSITY PRESS, INC., SAGE PUBLICATION, INC. and JOHN WILEY & SONS, INC., | Case No. 07-12731<br><br>Honorable Avern Cohn |
| Plaintiffs, | |
| v. | **BODMAN LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS AND SUPPORTING BRIEF** |
| EXCEL RESEARCH GROUP, LLC d/b/a EXCEL TEST PREPARATION, COURSEPACKS & COPIES, and NORMAN MILLER, individually, | |
| Defendants. | |

_____/

| | |
|---|---|
| KOTIN, CRABTREE & STRONG, LLP<br>William S. Strong<br>One Bowdoin Square<br>Boston, Massachusetts 02114<br>Telephone: (617) 227-7031<br>Attorneys for Plaintiffs | BODMAN LLP<br>Susan M. Kornfield (P41071)<br>Alan N. Harris (P56324)<br>201 South Division Street, Suite 400<br>Ann Arbor, Michigan 48104<br>Telephone: (734) 761-3780<br>Facsimile: (734) 930-2494<br>Attorneys for Defendants<br>skornfield@bodmanllp.com<br>aharris@bodmanllp.com |
| PEAR SPERLING EGGAN & DANIELS, P.C.<br>Karl V. Fink (P13429)<br>24 Frank Lloyd Wright Drive<br>Ann Arbor, Michigan 48105<br>Telephone: (734) 665-4441<br>Attorneys for Plaintiffs | |

_____/

Bodman LLP moves to withdraw as counsel for Defendants. In support of its motion,

Bodman LLP states:

Blackwell Publishing, Incorporated et al v. Miller          Doc. 29

Dockets.Justia.com

1. Defendants have been provided a copy of this Motion to Withdraw as Counsel and have been advised that Bodman LLP seeks to withdraw as counsel for Defendants on this case. Defendants have consented to Bodman LLP withdrawing as counsel in this action.

2. Defendants were advised of Bodman LLP's requirements as to payment of professional fees at the onset of representation. Defendants have not honored their payment obligations to Bodman LLP.

3. In addition, there has been a breakdown in communication between Bodman LLP and Defendants such that representation of Defendants has become difficult.

4. Pursuant to Local Rule 7.1(a), Bodman LLP has sought the concurrence of Plaintiffs' counsel with the relief sought in this Motion to Withdraw as Counsel. Plaintiffs' counsel has advised Bodman LLP that Plaintiffs do not oppose this Motion to Withdraw as Counsel.

5. Plaintiffs will not be prejudiced by the Court granting this Motion to Withdraw as Counsel.

WHEREFORE, Bodman LLP requests that this Court grant its Motion to Withdraw as Counsel and enter an order permitting Bodman LLP to withdraw as counsel for Defendants.

AnnArbor_143231_1

## BRIEF IN SUPPORT

Bodman LLP relies upon the averments as stated in its Motion to Withdraw as Counsel in support of the Motion. Defendants have been provided a copy of this Motion to Withdraw as Counsel and have been advised that Bodman LLP seeks to withdraw as counsel for Defendants on this case, and Defendants have consented to Bodman LLP withdrawing as counsel in this action. Defendants were advised of Bodman LLP 's requirements with regard to payment of professional fees at the onset of representation. Defendants have not honored their payment obligations to Bodman LLP. In addition, there has been a breakdown in communication between Bodman LLP and Defendants such that representation of Defendants has become difficult.

Pursuant to Local Rule 7.1(a), Bodman LLP has sought the concurrence of Plaintiffs' counsel with the relief sought in this Motion to Withdraw as Counsel. Plaintiff's counsel has advised Bodman LLP that Plaintiff will not oppose this Motion to Withdraw as Counsel. Further, Plaintiffs will not be prejudiced by the Court granting this Motion to Withdraw as Counsel. Withdrawal is appropriate under MRPC 1.16(b).

Bodman LLP requests that this Court grant its Motion to Withdraw as Counsel and enter the proposed order as attached hereto permitting Bodman LLP to withdraw as counsel for Defendants.

Respectfully submitted,

/s/     Alan N. Harris
Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
BODMAN LLP
201 South Division, Suite 400
Ann Arbor, Michigan 48104
Telephone: (734) 761-3780
Facsimile: (743) 930-2494
Attorneys for Defendants
skornfield@bodmanllp.com
aharris@bodmanllp.com

September 11, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Karl Fink, kfink@psedlaw.com; Amy C. Mainelli Burke, aburke@kcslegal.com; and William Strong, wstrong@kcslegal.com.

and by first class mail to:


Excel Research Group, LLC, d/b/a Excel Test Preparation, Coursepacks & Copies
1117 South University
Ann Arbor, Michigan 48104

Norman Miller
1117 South University
Ann Arbor, Michigan 48104

                                              /s/Alan N. Harris
                                              201 South Division, Suite 400
                                              Ann Arbor, Michigan 48104
                                              734-761-3780
                                              Attorneys for Defendants
                                              aharris@bodmanllp.com
                                              (P56324)