UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC., et al,

        Plaintiffs,        CIVIL ACTION NO. 07-12731

v.        HONORABLE AVERN COHN

EXCEL RESEARCH GROUP, LLC,
COURSEPACKS & COPIES and
NORMAN MILLER, individually,

        Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR
AMENDMENT OF PRETRIAL AND SCHEDULING ORDER**

    Before the Court is the Plaintiff's Unopposed Motion for Amendment of Pretrial and scheduling order. The Court being fully advised in the premises,

    IT IS HEREBY ORDERED that the motion is GRANTED. All scheduling order dates are stayed pending notification by the defendants of new counsel.

Dated: September 19, 2008        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record and Excel Research Group, LLC & Coursepacks & Copies, 1117 South University, Ann Arbor, MI 48104 and Norman Miller, 1117 South University, Ann Arbor, MI 48104 by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160