UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC., et al,

        Plaintiffs,        CIVIL ACTION NO. 07-12731

v.        HONORABLE AVERN COHN

EXCEL RESEARCH GROUP, LLC,
COURSEPACKS & COPIES and
NORMAN MILLER, individually,

        Defendants.
_____/

**ORDER RESCINDING
ORDER GRANTING BODMAN LLP'S MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANTS AND SCHEDULING STATUS CONFERENCE**

On September 19, 2008 the Court entered the Order Granting Bodman LLP's Motion to Withdraw as Counsel for Defendants. After further consideration,

IT IS HEREBY ORDERED that the order is RESCINDED.

IT IS FURTHER ORDERED that a status conference is scheduled for

**Wednesday, October 08, 2008 at 11:30 a.m.** The defendants must also appear in person for the status conference.


Dated: September 22, 2008        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was sent to counsel of record and Excel Research Group, LLC & Coursepacks & Copies, 1117 South University, Ann Arbor, MI 48104 and Norman Miller, 1117 South University, Ann Arbor, MI 48104 by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160