UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC., et al,

        Plaintiffs,        CIVIL ACTION NO. 07-12731

v.        HONORABLE AVERN COHN

EXCEL RESEARCH GROUP, LLC,
COURSEPACKS & COPIES and
NORMAN MILLER, individually,

        Defendants.
_____/

**ORDER GRANTING BODMAN LLP'S MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANTS**

Before the Court is Bodman LLP's Motion to Withdraw as Counsel for Defendants. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is GRANTED. The law firm of Bodman LLP is allowed to withdraw as counsel.

IT IS FURTHER HEREBY ORDERED that the Defendants Excel Research Group, LLC and Coursepacks & Copies shall retain counsel within 30 days. Defendant Norman Miller must notify the Court in writing within 30 days of new counsel or his intention to proceed pro per.

Dated: October 08, 2008        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record and Excel Research Group, LLC & Coursepacks & Copies, 1117 South University, Ann Arbor, MI 48104 and Norman Miller, 1117 South University, Ann Arbor, MI 48104 by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160