MIE 400 Notice of Motion Hearing Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC., ET AL,
    Plaintiff(s),

CASE NUMBER: 07-12731

v.

HON. AVERN COHN

EXCEL PUBLISHING, et al,
    Defendant(s).
_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Avern Cohn, United States District Judge for the above proceeding on **Wednesday, November 12, 2008 at 2:00 p.m.**, in Room 225, Theodore Levin U.S. Courthouse, 231 W. Lafayette Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

- Plaintiffs' Motion for Default Judgment, filed October 09, 2008

### CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to the attorneys of record and Excel Research Group, LLC & Coursepacks & Copies, 1117 South University, Ann Arbor, MI 48104 and Norman Miller, 1117 South University, Ann Arbor, MI 48104on this date October 14, 2008 by ordinary mail and/or electronic mail.

Date: October 14, 2008

s/ Julie Owens
Deputy Clerk    (313) 234-5160

**\*\*Note: see http://www.mied.uscourts.gov/_practices/cohn/toc.htm for Motion Practice Requirements**

dockets.Justia.com