UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
OXFORD UNIVERSITY PRESS, INC.,
SAGE PUBLICATIONS, INC., and
JOHN WILEY & SONS, INC.,                    Civil Action No. 07-CV-12731

               Plaintiffs,     Hon. Avern Cohn

vs.                                          Mag. Virginia Morgan

EXCEL RESEARCH GROUP, LLC d/b/a
EXCEL TEST PREPARATION,
COURSEPACKS & COPIES and
NORMAN MILLER, individually,

               Defendants.
_____/

## APPEARANCE

NACHT & ASSOCIATES, P.C., by David A. Nacht (P47034), hereby enters his appearance as counsel on behalf of Defendants in the above-captioned matter.

                              s/David A. Nacht
                              David A. Nacht (P47034)
                              NACHT & ASSOCIATES, P.C.
                              101 N. Main Street, Ste. 555
                              Ann Arbor, MI 48104
                              (734) 663-7550
                              dnacht@nachtlaw.com

Dated: October 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Karl V. Fink and Amy C. Mainelli Burke.

                                          s/David A. Nacht_____
David A. Nacht (P47034)
NACHT & ASSOCIATES, P.C.
101 N. Main Street, Ste. 555
Ann Arbor, MI 48104
(734) 663-7550
dnacht@nachtlaw.com