UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC., et al,

                Plaintiffs,

CIVIL ACTION NO. 07-12731

DISTRICT JUDGE AVERN COHN

v.

EXCEL RESEARCH GROUP, LLC, et al

                Defendants.

                                  /

## ORDER GRANTING DEFENDANTS' MOTION FOR STATUS CONFERENCE

Before the Court is the above referenced motion. The Court being fully advised in

the premises,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. A status conference in lieu

of the motion hearing on the Plaintiffs' Motion for Default Judgment will be held on

**Wednesday, November 12, 2008 at 2:00 p.m.**

Dated:  November 4, 2008         s/Avern Cohn
                                      AVERN COHN
                                      UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of
record on this date, November 4, 2008, by electronic and/or ordinary mail.

                                  s/Julie Owens
                                  Case Manager, (313) 234-5160