# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
OXFORD UNIVERSITY PRESS, INC.,
SAGE PUBLICATIONS, INC., and
JOHN WILEY & SONS, INC.,                       Civil Action No. 07-CV-12731

                Plaintiffs,       Hon. Avern Cohn

vs.                                            Mag. Virginia Morgan

EXCEL RESEARCH GROUP, LLC d/b/a
EXCEL TEST PREPARATION,
COURSEPACKS & COPIES and
NORMAN MILLER, individually,

                Defendants.

_____

## **STIPULATED ORDER FOR EXTENSION OF DISCOVERY**

Upon consideration of the parties' stipulation and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Discovery Deadline is extended from February 23, 2009, to April 24, 2009.

IT IS FURTHER ORDERED that the other dates are extended as follows:

    Dispositive Motion Cut-off:        May 26, 2009

    Final Pretrial Conference:         Tuesday, September 01, 2009 at 2:00 p.m.

    Jury Trial:                        Monday, September 28, 2009 at 9:00 a.m.


Dated: February 17, 2009                       s/Avern Cohn
                                          United States District Court Judge

**STIPULATION**

We, on behalf of our clients, stipulate to the entry of this order.

| | |
|---|---|
| Respectfully submitted,<br>KOTIN, CRABTREE & STRONG, LLP | NACHT & ASSOCIATES, P.C. |
| s/ "with consent of" William S. Strong<br>WILLIAM S. STRONG BBO #483520<br>Attorney for Plaintiffs<br>One Bowdoin Square<br>Boston, MA 02114<br>(617) 227-7031 | s/David A. Nacht<br>DAVID A. NACHT (P47034)<br>Attorney for Defendants<br>101 N. Main Street, Ste 555<br>Ann Arbor, MI 48104<br>(734) 663-7550<br>dnacht@nachtlaw.com |
| Dated: February 16, 2009 | Dated: February 16, 2009 |