UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC., et al,

                                        Civil Action No. 07-CV-12731
            Plaintiffs,         Hon. Avern Cohn

vs.

EXCEL RESEARCH GROUP, LLC, et al,

            Defendants.

_____

## STIPULATED ORDER FOR EXTENSION OF
## DISPOSITIVE MOTION CUT-OFF DEADLINE

Upon consideration of the parties' stipulation and the Court being fully advised on the premises;

IT IS HEREBY ORDERED that the Dispositive Motion Cut-off deadline is extended from May 26, 2009 to June 29, 2009.

Dated: May 12, 2009                                  s/Avern Cohn
                                                            United States District Court Judge

## STIPULATION

We, on behalf of our clients, stipulate to the entry of this order.

Respectfully submitted,
KOTIN, CRABTREE & STRONG, LLP        NACHT & ASSOCIATES, P.C.

s/ "with consent of" William S. Strong        s/David A. Nacht
WILLIAM S. STRONG BBO #483520          DAVID A. NACHT (P47034)
Attorney for Plaintiffs                            Attorney for Defendants
One Bowdoin Square                             101 N. Main Street, Ste 555
Boston, MA 02114                                 Ann Arbor, MI 48104
(617) 227-7031                                     (734) 663-7550
wstrong@kcslegal.com                         dnacht@nachtlaw.com
Dated: May 11, 2009                             Dated: May 11, 2009