UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
OXFORD UNIVERSITY PRESS, INC.,
SAGE PUBLICATIONS, INC., and
JOHN WILEY & SONS, INC.,                    Civil Action No. 07-CV-12731

        Plaintiffs,              Hon. Avern Cohn

vs.                                         Mag. Virginia Morgan

EXCEL RESEARCH GROUP, LLC d/b/a
EXCEL TEST PREPARATION,
COURSEPACKS & COPIES and
NORMAN MILLER, individually,

        Defendants.

---

**STIPULATED ORDER FOR EXTENSION OF DEADLINE TO FILE REPONSE BRIEF TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of the parties' stipulation and the Court being fully advised on the premises;

IT IS HEREBY ORDERED that the deadline for Defendants to file a response brief to Plaintiffs' Motion for Partial Summary Judgment shall be extended from Monday, July 20, 2009 to Monday, July 27, 2009.

Dated:  July 08, 2009                    s/Avern Cohn
                              United States District Court Judge

## STIPULATION

We, on behalf of our clients, stipulate to the entry of this order.

Respectfully submitted,
KOTIN, CRABTREE & STRONG, LLP  NACHT & ASSOCIATES, P.C.


s/ "with consent of" William S. Strong s/David A. Nacht
WILLIAM S. STRONG BBO #483520 DAVID A. NACHT (P47034)
Attorney for Plaintiffs    Attorney for Defendants
One Bowdoin Square    101 N. Main Street, Ste 555
Boston, MA 02114     Ann Arbor, MI 48104
(617) 227-7031     (734) 663-7550
wstrong@kcslegal.com    dnacht@nachtlaw.com

Dated: July 8, 2009     Dated: July 8, 2009