UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
OXFORD UNIVERSITY PRESS, INC.,
SAGE PUBLICATIONS, INC., and
JOHN WILEY & SONS, INC.,   Civil Action No. 07-CV-12731

                Plaintiffs,   Hon. Avern Cohn

vs.

                   Mag. Morgan

EXCEL RESEARCH GROUP, LLC d/b/a
EXCEL TEST PREPARATION,
COURSEPACKS, & COPIES and
NORMAN MILLER, individually,

                Defendants.
_____/

## CONSENT JUDGMENT

The parties to this action hereby stipulate and consent to the following judgment in this action:

1. Defendants shall pay to plaintiffs the sum of $150,000.

2. Each party shall bear its own costs in this action.

3. Defendants and their agents, servants, employees, and representatives, and all those in active concert or participation with them, are hereby permanently enjoined from reproducing for commercial purposes all or any part of any work in which copyright is owned by any of the plaintiffs, from inviting or knowingly allowing others to manufacture on their premises all or any part of any work in which copyright is owned by any of the plaintiffs, and from distributing publicly, as such term is defined in 17 U.S.C.

§101, to any person by rental, lease, or lending, any copy of all or any part of any work in which copyright is owned by any of the plaintiffs, all except as permitted by law or expressly permitted in advance by the plaintiffs or their agents.

3. The obligations of the defendants herein shall be joint and several.

| | |
|---|---|
| BLACKWELL PUBLISHING, INC.,<br>ELSEVIER, INC.,<br>OXFORD UNIVERSITY PRESS, INC.,<br>SAGE PUBLICATIONS, INC., and<br>JOHN WILEY & SONS, INC., | EXCEL RESEARCH GROUP, LLC d/b/a<br>EXCEL TEST PREPARATION,<br>COURSEPACKS, & COPIES, and<br>NORMAN MILLER, individually, |
| By their attorneys,<br><br>_____<br>William S. Strong, Esq., BBO #483520<br>Amy C. Mainelli Burke, Esq., BBO#657201<br>KOTIN, CRABTREE & STRONG, LLP<br>One Bowdoin Square<br>Boston, MA 02114<br>(617) 227-7031<br>(617) 367-2988 (fax) | By their attorney,<br><br>_____<br>David Nacht, Esq.<br>Nacht & Associates, P.C.<br>101 N. Main St., Ste. 555<br>Ann Arbor, Michigan 48104<br>Phone: (734) 663-7550<br>Fax:   (734) 663-7592 |

Local Counsel:
Claudia Rast (P40165)
Karl V. Fink (P13429)
Cynthia M. York (P39722)
Pear, Sperling, Eggan & Daniels, P.C.
24 Frank Lloyd Wright Drive
Ann Arbor, Michigan 48105
(734) 665-4441
(734) 665-8788 (fax)

**SO ORDERED:**

_____        _____
Date                                                              Honorable Avern Cohn
                                                                         United States District Judge

2