UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
OXFORD UNIVERSITY PRESS, INC.,
SAGE PUBLICATIONS, INC., and
JOHN WILEY & SONS, INC.,

                Plaintiffs,

vs.

EXCEL RESEARCH GROUP, LLC d/b/a
EXCEL TEST PREPARATION,
COURSEPACKS, & COPIES and
NORMAN MILLER, individually,

                Defendants.

_____/

Civil Action No. 07-CV-12731

Hon. Avern Cohn

Mag. Morgan



## CONSENT JUDGMENT

The parties to this action hereby stipulate and consent to the following judgment in this action:

1. Defendants shall pay to plaintiffs the sum of $150,000.

2. Each party shall bear its own costs in this action.

3. Defendants and their agents, servants, employees, and representatives, and all those in active concert or participation with them, are hereby permanently enjoined from reproducing for commercial purposes all or any part of any work in which copyright is owned by any of the plaintiffs, from inviting or knowingly allowing others to manufacture on their premises all or any part of any work in which copyright is owned by any of the plaintiffs, and from distributing publicly, as such term is defined in 17 U.S.C.

§101, to any person by rental, lease, or lending, any copy of all or any part of any work in which copyright is owned by any of the plaintiffs, all except as permitted by law or expressly permitted in advance by the plaintiffs or their agents.

3. The obligations of the defendants herein shall be joint and several.

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., ELSEVIER, INC., OXFORD UNIVERSITY PRESS, INC., SAGE PUBLICATIONS, INC., and JOHN WILEY & SONS, INC., | EXCEL RESEARCH GROUP, LLC d/b/a EXCEL TEST PREPARATION, COURSEPACKS, & COPIES, and NORMAN MILLER, individually, |

By their attorneys,

_____
William S. Strong, Esq., BBO #483520
Amy C. Mainelli Burke, Esq., BBO#657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

By their attorney,

_____
David Nacht, Esq.
Nacht & Associates, P.C.
101 N. Main St., Ste. 555
Ann Arbor, Michigan 48104
Phone: (734) 663-7550
Fax:    (734) 663-7592

Local Counsel:
Claudia Rast (P40165)
Karl V. Fink (P13429)
Cynthia M. York (P39722)
Pear, Sperling, Eggan & Daniels, P.C.
24 Frank Lloyd Wright Drive
Ann Arbor, Michigan 48105
(734) 665-4441
(734) 665-8788 (fax)

**SO ORDERED:**

JAN 2 1 2010
_____
Date

_____
Honorable Avern Cohn
United States District Judge

2